IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.
05 JUL 27 PM 1:13

CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA

V.

05-20262-B

CHRISTOPHER MACKLIN

## ORDER ON ARRAIGNMENT

This cause came to be heard on **July 27, 2005** the United States Attorney for this district appeared on behalf of the government, and the defendant appeared in person and with counsel:

NAME **Linda Dainer** who is Retained/**Appointed**.

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

✓ The defendant, who is not in custody, may stand on his present bond.

___ The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

*Diane K. Vescovo*
UNITED STATES MAGISTRATE JUDGE

CHARGES: 18:922(g); 21:841;

U. S. Attorney assigned to Case: S. Hall

Age: 33

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 7-28-05

(8)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:05-CR-20262 was distributed by fax, mail, or direct printing on July 28, 2005 to the parties listed.

---

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT