FILED BY _____ D.C.

05 NOV 17 AM 11: 29

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                 Case No. 05-20262-B

CHRISTOPHER MACLIN,

    Defendant.

## ORDER GRANTING CONTINUANCE

This cause came on to be heard on motion of defendant to continue his case to allow additional time to prepare. Upon statement of counsel and the record as a whole, the Court finds the matter well taken and grants the motion to continue the case to the 29th day of November 2005 at 9:30.

_____
J. Daniel Breen
District Court Judge

Dated: 11/16/05

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11-17-05

(17)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in case 2:05-CR-20262 was distributed by fax, mail, or direct printing on November 17, 2005 to the parties listed.

---

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Linda Kendall Garner
LAW OFFICE OF LINDA KENDALL GARNER
217 Exchange Ave.
Memphis, TN 38105

Honorable J. Breen
US DISTRICT COURT